Case 4:22-cv-02551   Document 15   Filed on 10/31/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Kathy Kelsey, | § |
| Plaintiff, | § |
| v. | § Civil Action No. |
| | § 4:22-cv-02551 |
| Kilolo Kijakazi, | § |
| Acting Commissioner, Social | § |
| Security Administration, | § |
| Defendant. | § |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending are Plaintiff Kathy Kelsey's Motion for Summary Judgment (Document No. 10) and Defendant Kilolo Kijakazi's Motion for Summary Judgment (Document No. 11). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Plaintiff's Motion for Summary Judgment be granted, that Defendant's Motion for Summary Judgment be denied, that the decision of the Commissioner of the Social Security Administration be vacated, and that the matter be remanded to the Commissioner of the Social Security Administration for further proceedings (Document No. 14). The deadline for objections has passed, and no objections have been filed.

The Court, after having made a *de novo* determination of the motions for summary judgment, is of the opinion that the findings

and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety.

Accordingly, it is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the of the United States Magistrate Judge signed and filed on September 26, 2023 (Document No. 14), which is adopted in its entirety as the opinion of this Court, that Plaintiff Kathy Kelsey's Motion for Summary Judgment (Document No. 10) is GRANTED, and that Defendant Kilolo Kijakazi's Motion for Summary Judgment (Document No. 11) is DENIED.

It is further ORDERED and ADJUDGED that that the decision of the Commissioner of the Social Security Administration is VACATED and that this matter is REMANDED for further administrative proceedings consistent with the Court's opinion.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 31ST day of October, 2023.

Ewing Werlein, Jr.
United States District Judge