United States District Court
Southern District of Texas
**ENTERED**
March 08, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| Kathy Kelsey, | § | |
| | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | Civil Action No. |
| v. | § | 4:22-cv-02551 |
| | § | |
| Martin O'Malley, | § | |
| Acting Commissioner, Social | § | |
| Security Administration, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER ADOPTING RECOMMENDATION OF THE MAGISTRATE JUDGE

Pending is Plaintiff Kathy Kelsey's Motion for Attorney's Fees (Document No. 19), to which Defendant Martin O'Malley stated that he is unopposed (Document No. 20). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that Plaintiff's Motion for Attorney's Fees be granted (Document No. 21). The deadline for objections has passed, and no objections have been filed.

The Court, after having made a *de novo* determination of the motion to award attorney's fees, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court in their entirety, although the total sum will be rounded up to the nearest one dollar.

Accordingly, it is ORDERED and ADJUDGED for the reasons set forth in the Memorandum and Recommendation of the United States Magistrate Judge signed and filed on February 14, 2024 (Document No. 21), which is adopted in its entirety as the opinion of this Court, subject to the rounding adjustment provided above, that Plaintiff Kathy Kelsey's Motion for Attorney's Fees (Document No. 19) is GRANTED.

It is furthered ORDERED that Defendant Martin O'Malley, Acting Commissioner, Social Security Administration, shall pay to Plaintiff $8,575.00 in attorney's fees.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this ___8TH___ day of March, 2024.

Ewing Werlein, Jr.
United States District Judge